# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF INDIANA

*[Use this form to sue for employment discrimination. NEATLY print in ink (or type) your answers.]*

**FILED**
**MAY 22 2020**
At_____M
ROBERT N. TRGOVICH, Clerk
U.S. DISTRICT COURT
NORTHERN DISTRICT OF INDIANA

Julie Jones ,
*[You are the PLAINTIFF, print your full name on this line.]*

v.

API Contruction Corporation, Inc. ,
*[The DEFENDANT is who you are suing.]*

Case Number **1:20CV203**
*[For a new case in this court, leave blank. The court will assign a case number.]*

*[The top of this page is the caption. Everything you file in this case must have the same caption. Once you know your case number, it is VERY IMPORTANT that you include it on everything you send to the court for this case. DO NOT send more than one copy of anything to the court.]*

## EMPLOYMENT DISCRIMINATION COMPLAINT

1. My address is: 9530 Sail Wind Drive, Fort Wayne, IN 46804

2. My telephone number is: ( 260 ) 413-2297

3. The Defendant's address is: 11808 E, IN-205, LaOtto, IN  46763

4. This action is brought for employment discrimination pursuant to:

   ☑ Title VII of the Civil Rights Act of 1964, 42 U.S.C. §§ 2000e to 2000e-17.
   *[race, color, gender, religion, national origin]*

   ◯ Age Discrimination in Employment Act of 1967, 29 U.S.C. §§ 621 to 634.

   ◯ Americans with Disabilities Act of 1990, 42 U.S.C. §§ 12112 to 12117.

   ◯ Other: _____

5. I filed a charge of discrimination with the Equal Employment Opportunity Commission or the Indiana Civil Rights Commission on: 8/5/2019

6. The date on my Notice of Right to Sue letter is: 2/26/2020

7. The date I received my Notice of Right to Sue letter was: 3/2/2020

*[DO NOT write in the margins or on the back of any pages. Attach additional pages if necessary.]*

## CLAIMS and FACTS

DO: Write a short and plain statement using simple English words and sentences.

**DO NOT**: Quote from cases or statutes, use legal terms, or make legal arguments.

DO: Explain when, where, why, and how the defendant discriminated against you.

DO: Include every fact necessary to explain your case and describe your injuries or damages.

DO: Number any documents you attach and refer to them by number in your complaint.

**DO NOT**: Include social security numbers, dates of birth, or the names of minors.

DO: Number your paragraphs. [*The first paragraph has been numbered for you.*]

1. See attached.

[*DO NOT write in the margins or on the back of any pages. Attach additional pages if necessary.*]

1.

It is my position that API has unlawfully treated me unfairly under the Employment Opportunity Commission ('EEOC") laws by ways of; Harassment, Discrimination, Hostile Environment and Retaliation

I, Julie C. Jones worked at API Construction as a Controller and Office Manager from December 14, 2017 until my abrupt termination on July 3, 2019, with no write ups or reprimands in my file.  I believe I was terminated due to retaliation, for speaking up regarding being singled out and the discrimination that was occurring to me in the office.

I feel I was a recipient of Harassment, Discrimination, Hostile Environment and Retaliation while I was an employee at API, with events escalating throughout my employment with API.  I brought to the attention of the owners examples and they did nothing with regard to improving the situation.  I was wrongfully terminated.  I feel this was retaliation with terminating me because I was challenging the unfair and inequitable treatment as a female and their workplace practices that were demeaning, unjust and biased.

I was a recipient of Gender Discrimination – inequitable compensation practices, unfair and demeaning treatment in the workplace, biased owners were against me because I was a female in the office and they treated like their secretary/clerk, when my education, skill set and background was far beyond.

Upon my dismissal I was told to sign for a severance asking to waive all my rights.  I declined due to the fact I was a victim of discrimination, harassment, hostility and retaliation and I believe this was given to me due to the fact they were aware of their wrongful doings.  No severance was given due to my declining to waive my rights.

I was shorted Vacation days per my contract 2018 and 2019.  I was shorted PTO and Holiday time upon my dismissal; my PTO earned was not paid out.  The male employees were paid more compensation and bonuses.   I even was a rank higher and did not receive the monetary rewards the male employees received, nor was I paid for the increased workload and hours incurred when the front office was short staffed.

I was a salaried-exempt employee.  I was constantly harassed, with regard to my time and work, when my work was exemplary and met expectations.  I was treated as an hourly non-exempt employee, never paid overtime, and harassed about leaving early even when my work responsibilities were complete.  Other male exempt employees (project managers) were allowed to come/go and their hours were not tracked and they were not harassed about leaving early.  Upon hire I negotiated a flexible schedule, understanding my work would be completed.  Bonus compensation was unfair and inequitable.  Male project manager and owners received significant bonus payouts for work performance.  My position as Controller and Office Manager, as a financial partner, was to support and partner with the project managers and/or Owners on financial information for the bids, and ensure all financial information was in line with the company to ensure profits would

be made. These project managers and owners would not have been as successful in their complete bid process, if I had not provided accurate financial data, with understanding of the business requirements and partner throughout the process. As the financial partner, I was not included in the significant bonus compensation that the male employees were paid/rewarded. In fact, I had to ask about fairness in paying out any bonus recognition to the females. Owners of the company treated me as a female leader/partner differently than the males. Owners disregarded any fair treatment of female employees in the office.

I verbally and in written form brought the unfair treatment of myself to the owners and nothing was done. I also raised issues to the owners when I saw unethical and unlawful situations that they did. Example: The owners lying with INDOT on having an apprentice program when they in-fact did not have anything in place that met the requirements of INDOT.

The undo stress, anxiety, aggravation have taken a toll on me, physically, mentally and emotionally.

API has caused enough damage to me, I just hope that the owners of API will not treat another person that way they have treated me.

**RELIEF** – If you win this case, what do you want the court to order the defendant to do?

I seek compensatory damages for the discrimination, harrassment and retailiation i endured.

Also I seek pecuniary damages to comensate me for out-of-pocket expenses as well as attorney.

fees. I also seek non-pecuniary damages as well.

**DOCUMENTS** – I have attached a copy of the following documents:

- ☑ Charge Of Discrimination form filed with the Equal Employment Opportunity Commission or the Indiana Civil Rights Commission
- ☑ Notice of Right to Sue letter
- ☑ Other: _____

**FILING FEE** – Are you paying the filing fee?

- ☑ Yes, I am paying the $400.00 filing fee. I understand that I am responsible to notify the defendant about this case as required by Federal Rule of Civil Procedure 4. [If you want the clerk to sign and seal a summons, you need to prepare the summons and submit it to the clerk.]
- ◯ No, I am filing a Motion to Proceed In Forma Pauperis and asking the court to notify the defendant about this case.

[*Initial Each Statement*]

_[initials]_ I will keep a copy of this complaint for my records.
_[initials]_ I will promptly notify the court of any change of address.
_[initials]_ I declare **under penalty of perjury** that the statements in this complaint are true.

Signature: _Julia C Jones_      Date: 5/21/2020

[*DO NOT* write in the margins or on the back of any pages. Attach additional pages if necessary.]

# CHARGE OF DISCRIMINATION

This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form.

| Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|
| [X] FEPA | EC-0091-A19 |
| [X] EEOC | 24D-2019-00331 |

**City of Fort Wayne Metro Human Relations Commission** and EEOC
*State or local Agency, if any*

| Name (indicate Mr., Ms., Mrs.) | Home Phone (Incl. Area Code) | Date of Birth |
|---|---|---|
| Julie C. Jones | (260) 413-2297 | 1971 |

| Street Address | City, State and ZIP Code |
|---|---|
| 9530 Sail Wind Drive, Fort Wayne, Indiana 46804 | |

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. (If more than two, list under PARTICULARS below.)

| Name | No. Employees, Members | Phone No. (Include Area Code) |
|---|---|---|
| API Construction Corporation | Unknown | (260) 897-2743 |

| Street Address | City, State and ZIP Code |
|---|---|
| P.O. Box 191, LaOtto, Indiana 46763 | |

| Name | No. Employees, Members | Phone No. (Include Area Code) |
|---|---|---|
| API Construction Corporation | Unknown | (260) 897-2743 |

| Street Address | City, State and ZIP Code |
|---|---|
| 11808 E. State Road 205, LaOtto, Indiana 46763 | |

**DISCRIMINATION BASED ON** (Check appropriate box(es).)

[ ] RACE  [ ] COLOR  [X] SEX  [ ] RELIGION  [ ] NATIONAL ORIGIN
[X] RETALIATION  [ ] AGE  [ ] DISABILITY  [ ] GENETIC INFORMATION
[ ] OTHER (Specify)

**DATE(S) DISCRIMINATION TOOK PLACE**
Earliest: 12-14-2017
Latest: 7-3-2019
[ ] CONTINUING ACTION

**THE PARTICULARS ARE** (If additional paper is needed, attach extra sheet(s)):

I am a qualified female, who worked as a Controller for API Construction Corporation ("API") from December 14, 2017 until my termination on July 3, 2019. During my employment, I and other female office staff were treated in a hostile manner and had rules that applied differently than the male employees. I complained about such treatment to ownership of the company, verbally and by email, but they refused to take corrective action.

By example male staff is allowed to take extended lunch breaks, while myself and other females were continually questioned about break times. Males were provided vehicles and unlimited gas but, I and other females had to utilize our own vehicles and were not given reimbursement for gas. I and other females were not given a comparatively equal bonus plans compared to the male employees. When Respondent added PTO (vacation) time to annual balance I was shorted 2 days according to my contract versus other male employees. I had to cover hours in the office due to staff shortage, but male staff is not made to cover such shortages. Male staff is given an opportunity to make up work time on the weekends, but I was not allowed to do so. I had requested to go to some training for my position and was denied, but the male staff is sent to training no matter the cost. I have been yelled and cursed at in a threatening manner by ownership when male staff is not treated in such a manner. Raises were given to males not on work ethic or merit they just got them while females had to prove their worth. I and other females had unattainable expectations set while the males had no additional expectations set. The males were not set to the same high standards that the females were set at. I also was denied the ability to flex my schedule when needed; I felt stress and anxiety every time I even had to ask, even though male staff can come and go as they wish, without telling anyone where or when they will return to the office. I was questioned about time off and males never were. Flexibility was agreed upon in my contract and was not followed through by the owners, I had to make specific requests for adjusting my schedule. I continually felt singled out in a hostile environment. I was treated unfairly with hostility by the ownership.

I made notice to management about these issues during my employment, stating that I believed I was singled out and treated differently because I am female. Instead of correcting the issues, I was informed I was being terminated because they were reorganizing the office and eliminating my position. However, API told unemployment I was terminated for performance; I had never had any performance issues during my employment. I was informed they hired a Controller for the same position. The females were often referred to by the office management as the "office girls." API offered a severance, but only if I signed a waiver to my civil rights. API failed to pay out my PTO time, my Holiday time earned. PTO was given to males the day they started in full and not prorated for the actual time frame of the year worked. It was also given in full for the laid off males even though they were off likely 4 months of the year. I being a female was not given my PTO payout.

For the above reasons, I believe I have been harassed, discriminated and retaliated against on the basis of my sex, female, in violation of Title VII of the Civil Rights Act of 1964.

| | |
|---|---|
| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – When necessary for State and Local Agency Requirements |
| I declare under penalty of perjury that the above is true and correct. | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief. SIGNATURE OF COMPLAINANT |
| Aug 5, 2019 _____ Julie Jones _____ Date    Charging Party Signature | SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE (month, day, year) |

EEOC Form 161 (11/16)

## U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

### DISMISSAL AND NOTICE OF RIGHTS

To: Julie C. Jones
9530 Sail Wind Dr.
Fort Wayne, IN 46804

From: Indianapolis District Office
101 West Ohio Street
Suite 1900
Indianapolis, IN 46204

[ ] On behalf of person(s) aggrieved whose identity is CONFIDENTIAL (29 CFR §1601.7(a))

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| 24D-2019-00331 | Michelle D. Ware, Enforcement Supervisor | (463) 999-1184 |

**THE EEOC IS CLOSING ITS FILE ON THIS CHARGE FOR THE FOLLOWING REASON:**

[ ] The facts alleged in the charge fail to state a claim under any of the statutes enforced by the EEOC.

[ ] Your allegations did not involve a disability as defined by the Americans With Disabilities Act.

[ ] The Respondent employs less than the required number of employees or is not otherwise covered by the statutes.

[ ] Your charge was not timely filed with EEOC; in other words, you waited too long after the date(s) of the alleged discrimination to file your charge

[X] The EEOC issues the following determination: Based upon its investigation, the EEOC is unable to conclude that the information obtained establishes violations of the statutes. This does not certify that the respondent is in compliance with the statutes. No finding is made as to any other issues that might be construed as having been raised by this charge.

[ ] The EEOC has adopted the findings of the state or local fair employment practices agency that investigated this charge

[ ] Other (briefly state)

### - NOTICE OF SUIT RIGHTS -
*(See the additional information attached to this form.)*

**Title VII, the Americans with Disabilities Act, the Genetic Information Nondiscrimination Act, or the Age Discrimination in Employment Act:** This will be the only notice of dismissal and of your right to sue that we will send you. You may file a lawsuit against the respondent(s) under federal law based on this charge in federal or state court. Your lawsuit must be filed **WITHIN 90 DAYS** of your receipt of this notice; or your right to sue based on this charge will be lost. (The time limit for filing suit based on a claim under state law may be different.)

**Equal Pay Act (EPA):** EPA suits must be filed in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that backpay due for any violations that occurred **more than 2 years (3 years)** before you file suit may not be collectible.

On behalf of the Commission

Michelle Eisele,
District Director

FEB 26 2020
(Date Mailed)

Enclosures(s)

cc: Linda Polley
HALLER & COLVIN
444 E. Main St.
Fort Wayne, IN 46802

Enclosure with EEOC
Form 161 (11/16)

# INFORMATION RELATED TO FILING SUIT
## UNDER THE LAWS ENFORCED BY THE EEOC

*(This information relates to filing suit in Federal or State court under Federal law.*
*If you also plan to sue claiming violations of State law, please be aware that time limits and other*
*provisions of State law may be shorter or more limited than those described below.)*

**PRIVATE SUIT RIGHTS** -- **Title VII of the Civil Rights Act, the Americans with Disabilities Act (ADA), the Genetic Information Nondiscrimination Act (GINA), or the Age Discrimination in Employment Act (ADEA):**

In order to pursue this matter further, you must file a lawsuit against the respondent(s) named in the charge **within 90 days** of the date you *receive* this Notice. Therefore, you should **keep a record of this date**. Once this 90-day period is over, your right to sue based on the charge referred to in this Notice will be lost. If you intend to consult an attorney, you should do so promptly. Give your attorney a copy of this Notice, and its envelope, and tell him or her the date you received it. Furthermore, in order to avoid any question that you did not act in a timely manner, it is prudent that your suit be filed **within 90 days of the date this Notice was** *mailed* **to you** (as indicated where the Notice is signed) or the date of the postmark, if later.

Your lawsuit may be filed in U.S. District Court or a State court of competent jurisdiction. (Usually, the appropriate State court is the general civil trial court.) Whether you file in Federal or State court is a matter for you to decide after talking to your attorney. Filing this Notice is not enough. You must file a "complaint" that contains a short statement of the facts of your case which shows that you are entitled to relief. Courts often require that a copy of your charge must be attached to the complaint you file in court. If so, you should remove your birth date from the charge. Some courts will not accept your complaint where the charge includes a date of birth. Your suit may include any matter alleged in the charge or, to the extent permitted by court decisions, matters like or related to the matters alleged in the charge. Generally, suits are brought in the State where the alleged unlawful practice occurred, but in some cases can be brought where relevant employment records are kept, where the employment would have been, or where the respondent has its main office. If you have simple questions, you usually can get answers from the office of the clerk of the court where you are bringing suit, but do not expect that office to write your complaint or make legal strategy decisions for you.

**PRIVATE SUIT RIGHTS** -- **Equal Pay Act (EPA):**

EPA suits must be filed in court within 2 years (3 years for willful violations) of the alleged EPA underpayment: back pay due for violations that occurred **more than 2 years (3 years) before you file suit** may not be collectible. For example, if you were underpaid under the EPA for work performed from 7/1/08 to 12/1/08, you should file suit before 7/1/10 -- *not* 12/1/10 -- in order to recover unpaid wages due for July 2008. This time limit for filing an EPA suit is separate from the 90-day filing period under Title VII, the ADA, GINA or the ADEA referred to above. Therefore, if you also plan to sue under Title VII, the ADA, GINA or the ADEA, in addition to suing on the EPA claim, suit must be filed within 90 days of this Notice and within the 2- or 3-year EPA back pay recovery period.

**ATTORNEY REPRESENTATION** -- **Title VII, the ADA or GINA:**

If you cannot afford or have been unable to obtain a lawyer to represent you, the U.S. District Court having jurisdiction in your case may, in limited circumstances, assist you in obtaining a lawyer. Requests for such assistance must be made to the U.S. District Court in the form and manner it requires (you should be prepared to explain in detail your efforts to retain an attorney). Requests should be made well before the end of the 90-day period mentioned above, because such requests do not relieve you of the requirement to bring suit within 90 days.

**ATTORNEY REFERRAL AND EEOC ASSISTANCE** -- **All Statutes:**

You may contact the EEOC representative shown on your Notice if you need help in finding a lawyer or if you have any questions about your legal rights, including advice on which U.S. District Court can hear your case. If you need to inspect or obtain a copy of information in EEOC's file on the charge, please request it promptly in writing and provide your charge number (as shown on your Notice). While EEOC destroys charge files after a certain time, all charge files are kept for at least 6 months after our last action on the case. Therefore, if you file suit and want to review the charge file, please make your review request **within 6 months** of this Notice. (Before filing suit, any request should be made within the next 90 days.)

*IF YOU FILE SUIT, PLEASE SEND A COPY OF YOUR COURT COMPLAINT TO THIS OFFICE.*