UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | |
|---|---|
| JULIE JONES, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) CAUSE NO: 1:20-cv-00203-WCL-SLC |
| | ) |
| API CONSTRUCTION CORPORATION, INC., | ) |
| | ) |
| Defendant. | ) |

# ORDER

The parties by their attorneys having submitted their Stipulation to Dismiss to the Court, and the Court, being duly advised in the premises and for good cause shown, now approves said stipulation and hereby orders this case dismissed with prejudice.

**SO ORDERED** this 13th day of April, 2021.

    s/William C. Lee
    JUDGE WILLIAM C. LEE
    UNITED STATES DISTRICT COURT